# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SHANDON M. SIMMONS, | : | |
| Plaintiff, | : | Case No. 3:14cv00238 |
| vs. | : | District Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

# DECISION AND ENTRY

This case is before the Court upon the parties' Joint Stipulation For An Award Under The Equal Access to Justice Act (EAJA).  (Doc. #15).  The parties have stipulated to an award of attorney fees to Plaintiff in the amount of $5,000.00.  The parties have further agreed that the EAJA award will be paid to Plaintiff and that an award in the agreed amount will settle all of Plaintiff's EAJA claims under this suit.

Accordingly, the Court hereby **ORDERS** that:

1. The Parties' Joint Stipulation To An Award Under EAJA (Doc. #15) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees in the total amount of $5,000.00; and

3. The case remains terminated on the docket of this Court.

June 22, 2015                                             *s/Thomas M. Rose

                                                    _____
                                                          Thomas M. Rose
                                                     United States District Judge